IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00749-WYD-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL HEPBURN, MD,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

THIS MATTER is before the Court on the Motion to Administratively Close the Case (ECF No. 14), filed May 19, 2014.  In the pending motion, the parties request that I administratively close this case for six months, pending resolution of Defendant's attempt to consolidate his student loan debt to the United States.

After carefully reviewing the file in this matter, I find that relief is warranted for good cause shown by the parties.  This matter will be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  Accordingly, it is

ORDERED that the  Motion to Administratively Close the Case (ECF No. 14) is **GRANTED.**  This case shall be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  In furtherance of the administrative closure, the parties are ordered to submit a joint status report to the Court not later than **December 1, 2014**.  If either party fails to file a status report by December

1, 2014, the case shall be automatically reopened and subject to dismissal for lack of prosecution.

Dated: May 21, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge