IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.     14-cv-00749-WYD-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL HEPBURN, MD,

      Defendant.

---

### ORDER OF DISMISSAL

---

On May 21, 2014, I entered an order administratively closing this case for six

months, pending resolution of Defendant's attempt to consolidate his student loan debt to

the United States.   (ECF No. 15).   In that order, I directed the parties to submit a joint

status report to the Court not later than December 1, 2014.   I further ordered that should

either party fail to file a status report by December 1, 2014, the case shall be automatically

reopened and subject to dismissal for lack of prosecution.   No status report has been

filed to date.   Accordingly, it is

ORDERED that this matter is reopened for good cause shown pursuant to

D.C.COLO.LCivR 41.2 and **DISMISSED** for lack of prosecution.

Dated:   December 18, 2014

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE