IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    14-cv-00749-WYD-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL HEPBURN, MD,

    Defendant.

## ORDER

On May 21, 2014, I entered an order administratively closing this case for six months, pending resolution of Defendant's attempt to consolidate his student loan debt to the United States.   (ECF No. 15).   In that order, I directed the parties to submit a joint status report to the Court not later than December 1, 2014.   I further ordered that should either party fail to file a status report by December 1, 2014, the case shall be automatically reopened and subject to dismissal for lack of prosecution.   No status report was filed, and on December 18, 2014, I dismissed the case.

That same day, the parties filed a Joint Motion for Relief from Order of Dismissal citing various reasons for the parties' failure to comply with my order requiring a status report be filed not later than December 1, 2014 (ECF No. 17).   Based on my careful review of the file, the motion is **GRANTED** and this case will be placed on administrative closure for 120 days.   Should the parties fail to file a status report or appropriate

dismissal documents prior to **May 6, 2015**, the case will be automatically reopened and dismissed for lack of prosecution.   Accordingly, it is

ORDERED that the Joint Motion for Relief from Order of Dismissal (ECF No. 17) is **GRANTED.**   This matter is placed on administrative closure pursuant to D.C.COLO.LCivR 41.2.   In furtherance of the administrative closure, the parties are ordered to submit a joint status report to the Court not later than **May 6, 2015**.   If either party fails to file a status report by **May 6, 2015**, the case shall be automatically reopened and dismissed for lack of prosecution.

Dated:   January 6, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE